# United States Court of Appeals
## For the First Circuit

No. 22-1313

CYNTHIA FOSS,

Plaintiff, Appellant,

v.

EASTERN STATES EXPOSITION,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on May 10, 2023, is amended as follows:

On page 19, line 15, change "forego" to "forgo"